| | |
|---|---|
| <u>DEFENDANT:</u> | FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "UM-9901," |
| <u>AGE/YOB</u>: | Unknown |
| <u>COMPLAINT FILED?</u> | _____ Yes     \_\_\_X\_\_\_\_ No |
| | If Yes, MAGISTRATE CASE NUMBER_____ |
| <u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>? | \_\_ Yes    \_\_ No |

<u>OFFENSE(S):</u>

**Count 1:** Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(ii)(II), (b)(1)(B)(ii)(II), (b)(1)(C) and 846; Conspiracy to distribute and possess with the intent to distribute various amounts of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance

**Count 14:** Title 21 U.S.C. § 843(b) and (d); Use of a Communication Facility in Connection with Drug Trafficking

**Count 18:**
NLT 10 years,
NMT life imprisonment
At least 5 years Supervised Release
$10,000,000 fine
$100 Special Assessment

<u>LOCATION OF OFFENSE:</u>   Denver County; Denver, Colorado

<u>PENALTY:</u>

**Count 1**
NLT 10 years,
NMT life imprisonment
At least 5 years Supervised Release
$10,000,000 fine
$100 Special Assessment

**Count 14**
NMT 4 years in prison
NMT 1-year of supervised release
NMT $250,000.00 fine
$100 Special Assessment

<u>AGENT:</u>   Michael Gutke
Special Agent, Drug Enforcement Administration

<u>AUTHORIZED BY:</u>   Stephanie Podolak
         Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL</u>:

_X_ five days or less; ___ over five days

<u>THE GOVERNMENT</u>
_X_ will seek detention in this case based on 18 U.S.C. § 3142(f)
The statutory presumption of detention is applicable to this defendant.