DEFENDANT:    LUIS ALFONSO ALMANZAN-ARMENDARIZ,
           a.k.a. "Lic,"

AGE/YOB:    1989

COMPLAINT
FILED?    _____ Yes   \_\_\_X\_\_\_\_ No

    If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  \_\_ Yes  \_\_ No

OFFENSE(S):    **Count 1:** Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(ii)(II), (b)(1)(B)(ii)(II), (b)(1)(C) and 846; Conspiracy to distribute and possess with the intent to distribute various amounts of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance

    **Counts 25 and 33:** 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii)(II); 18 U.S.C. § 2; Distribution and Possession with the Intent to Distribute 500 grams and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and Aiding and Abetting the Same

    **Counts 23 and 32:** Title 21 U.S.C. § 843(b) and (d); Use of a Communication Facility in Connection with Drug Trafficking

LOCATION OF
OFFENSE:    Denver County; Denver, Colorado

PENALTY:    **Count 1**
NLT 10 years,
NMT life imprisonment
At least 5 years Supervised Release
$10,000,000 fine
$100 Special Assessment

    **Counts 25 and 33**
NLT 5 years
NMT 40 years imprisonment
At least 4 years Supervised Release
$5,000,000 fine
$100 Special Assessment

### Counts 23 and 32
NMT 4 years in prison
NMT 1-year of supervised release
NMT $250,000.00 fine
$100 Special Assessment

AGENT:          Michael Gutke
                    Special Agent, Drug Enforcement Administration

AUTHORIZED   Stephanie Podolak
BY:              Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

____ five days or less; __X_ over five days

THE GOVERNMENT

_X_ will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.